| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES<br><br>vs.<br><br>LYNETTE ALICE FROMME | For U.S.:<br><br><br>For Defendant:<br>U.S. Federal Defender<br>E. Richard Walker |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 2 mailed * | Clerk | | | | | |
| J.S. 3 mailed | Marshal | | | | | |
| Violation Attempted Assassination of the President of the U.S. Title 18 | Docket fee | | | | | |
| Sec. 1751(c) | | | | | | |

| DATE 1975 | PROCEEDINGS |
|---|---|
| 9-9 | 1. Fld gag ord. (TJM) |
| 9-10 | 1(a). Fld mod gag ord. |
| | 2. Fld indictment, iss'd B/W, bail $1,000,000.00. |
| | 3. Fld ord re: jail visits. |
| 9-11 | 4. Fld B/W on ret exe. |
| | 5. Fld mod gag ord. |
| | Deft custody w/coun, arr'd & case set 9-16-75 for bail review & mo to quash gag ord.; fur ord case cont'd to 9-19-75 for plea. |
| 9-12 | 6. Fld memo re: witnesses. |
| | 7. Fld defts pts & auths. |
| | 8. Fld reporter's transcript arrm't 9-11-75. |
| 9-15 | 9. Fld Mag's proceedings. |
| | 10. Fld memo in supp of limited injunc. |
| 9-16 | Deft custody w/coun, various mos hrd, bail reduced to $350,000.00 cash or surety, case cont'd to 9-19-75. |
| | 11. Fld mod gag ord. |
| 9-18 | 12. Fld ord appt'g coun. |
| 9-19 | 13. Fld memo re: bail conditions. |
| 473 | Deft custody w/coun, pled not guilty, case assn'd TJM & set for jury trial on 11-4-75 & TCH on 10-17-75; defts mo for pro-per defense held in abeyance & 4244 |

| DATE 1975 | PROCEEDINGS |
|---|---|
| | exam ord, hrg set 9-23-75; defts mo for bail reduction denied; defts mo for discovery, ord brief sch: deft open 9-26-75, pltfs response 1-2-75 & hrg set 10-7-75; ord other mos by deft fld by 1-10-75, pltf response 10-15-75 & hrg set 10-17-75. |
| | 14. Fld ord for 4244 exam. |
| | 14(a). Fld ord sealing warrants. |
| 9-22 | 15. Fld reporter's transcript, mos hrd 9-16-75 - orig & 3 copies. |
| | 16. Fld reporter's transcript, hrg 9-19-75 - orig & 3 copies. |
| | 17. Fld no of appeal. |
| | Forwarded appeal record to C.A., San Fran. |
| 9-23 | Reg hrg on 4244 ret, deft found competent; Ord deft may proceed in pro-per & Fed Defender appt'd as co-cnsl; (fur ord 4244 report & tape sealed;) ex-parte mo for equip denied but parties may confer to resolve issue. |
| | 18. Fld sealed report & tape. |
| | 19. Fld sealed document. |
| 9-26 | 20. Fld defts mo for discovery & inspection. |
| 10-3 | 21. Fld gov'ts resp to defts mo for disc & inspec. |
| | 22. Fld copy of C.A. ord denying mo for reduction of bail. |
| | 23. Fld 1st supp pts & auths in supp of mo for disc & inspec. |
| 10-8 | Disc & Insp. Ord certain Items granted. Personal effects to be released to Deft. Request that co-counsel Walker be relieved & R. Holley be appt'd in place or private counsel be appt'd. - Request submitted. Ruling 10-10-75. |
| 10-10 | 24. Fld Guidelines for trial conduct of Co-Counsel for Both Gov & Def. |
| | 25. Fld Discovery Ordr. |
| | Reg Hrg -Sub of Co-Counsel. After Hrg parties, Ord Mr Walker releaved & granted appt'd of J. Verga as co-counsel. Mr Verga to be present at Hrg on discovery matter. |
| 10-10 | 26. Fld Memorandum. |
| | 27. Fld Minute Order. (re-set Hrg on Mos to 10-21-75) |
| 10-14 | 28. Fld Sub to Test ret ex ec. (Fain) |
| 10-15 | 29. Fld Mo to Suppress Evidence and to return property. |
| | 30. Fld Mo for Counsel to participate in voir dire. |
| | 31. Fld Mo for counsel to undertake individual voir dire of prospective jurors. |
| 10-16 | 32. Fld Sub to Produce on ret exec. (R. Hendrickson) |
| | 33. Fld Mo of Deft to Review film, denied. |
| 10-17 | 34. Fld Memo of Pts & Auths in response to Deft's Mo for Counsel to undertake Indiv Voir Dire of propective jurors. |
| | 35. Fld Memo of Pts & Auths in Opp to Deft's Mo for counsel to participate in Voir Dire. |
| | 36. Fld Govt's Memo of Pts &Auths in Opp to Deft's Mo to Suppress to return property. |
| | 37. Fld Memorandum. (TJM) |
| | 38. Fld Letter.(Re: Sub to test p U. S. Presidnet) |
| 10-20 | 39. Fld Notice of Mo to Continue trial date. |
| | 40. Fld Memorandum.(TJM) - (Request by counsel for subp) |
| 10-21 | 41. Fld Notice of Mo for reconsideration of Order. |
| | Reg Hrg on Variouse Mos. Deft w/c. Mo to participate in voir dire - denied. Mo for Ind voir dire - granted. Mo to Suppress. Mo denied. Particularity - denied. Return of property - denied. Mo to Subp witnesses. Ord that Pres Ford should test - to be made via video tape & to be worked out as to time & place etc. As to other witnesses - granted issuance of 35 subpoendas. Mo for continuance of trial-denied. Trial date of 11-4-75 at 10am - confirmed. |
| 10-23 | 42.Fld Memorandums of 10-17-75 & 10-22-75 to Judge Mac Bride from PD. |
| 10-24 | 43. Fld Opinion. (Sub - Pres) |
| 10-28 | 44. Fld no of mo re discovery - 10-28-75, 1:30 PM. |
| 10-24 | Reg mo for reconsideration of ord to subpoena Gerald R. Ford. Stip mo to 10-28-75 @ 1: |
| 10-28 | Reg deft's mo for re-consideration of I.D. of govmts witness. Mo denied. Mo to subp |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1975 | | |
| 10-28 | | (cont'd) President as to interrog - Denied. Govmt's mo for reconsideration of ord to subp President (video depo) Denied. Ct. Ord transcripts and tape to be sealed and locked in Clerks office vault. Tape to be used at Ct level only. Ct to destroy video and transcript on outcome of trial. Voir Dire to be completed by Oct 30, 1975 at 12:00. Jury instructions to be submitted by 4:30 11-6-75. |
| 10-29 | | 45. Fld subpoena to testify rtned exe. |
| 10-30 | | 46. Fld suggested voi dire questions. |
|  | | 47. Fld Govmt's proposed Voir Dire questions. |
|  | | 48. Fld subpoena to testify on rtn exe. |
| 10-31 | | 49. Fld Prposed Jury Instructions requested by Deft. |
| 11-3 | | 50. Fld Sub to Test on ret exec. (Melcher). |
| 11-4 | 1 | J/T before Judge Mac Bride. D. Keyes, D. Heller present for U.S.. Deft w/c J. E. Virga apt'd. Jury panel in process of being completed. Mo Deft Co-counsel Virga was releaved as counsel. Appt'd as standby counsel. Deft to proceed pro per. Ord case cont'd to 11-5-75 for fur J/T & impaneling of jury. |
| 11-5 | | Fld Sub to test, exec. (Perry)(Bradt). |
|  | 2 | Fur J/T. Jury of 26 impaneled. Sworn & ord case cont'd to 11-6-75 for fur selection. |
| 11-6 | 3 | Fur J/T. Fur Jury selection. Completed with jury - 40 with 2 standby. Court adjourned to Nov 7, 75 at 9:30am. |
|  | | 51 Fld Stipulation. |
| 11-7 | 4 | Fur J/T. In Camera Hrg. Defts Mos. Deft Ord from the courtroom. Would be brought to court ea day. Jury sequested by U. S. Marshal. Ord cont'd to 11-10-75 for fur J/T. |
|  | | 52. Fld Mo for Issuance of Subpoena. Deft. |
|  | | 53. Fld Mo for Witness Interviews, Pts & Auths. |
| 11-10 | 5 | Fur J/T. Custody w/c. Requested & removed to holding cell. Fur in camera hrgs. witness sworn, exibits intro. Ord cont'd to 11-11-75 at 9:15am for fur trial. |
|  | | 54. Fld Notice of Mo to Quash Subpena. |
|  | | 55. Fld Sub to Test, executed. (Bradt)(Whitley) |
| 11-11 | 6 | Fur J/T. Deft present & upon request was removed to holding cell to hear & watch proceedings. Fur trial was had. Ord cont'd to 11-12-75 at 9:15 am. |
| 11-12 | 7 | Fur J/T. Deft present until requested to be returned to holding cell. Witnesses sworn & test. Ord case cont'd to 11-13-75 at 9:15am for fur J/T. |
|  | | 56. Fld Order. |
|  | | 57. Fld Order of Sequestration. |
| 11-13 | 8 | Fur J/T. Deft custody w/c. Request of deft, she was remanded to holding cell to watch trial proceedings. Witness sworn, exhibits intro & marked. Case ord cont'd to 11-14-75 at 9:15am. Jury sequested by Marshal. |
|  | | 58. Fld Mo to Suppress |
| 11-14 | 9 | Fur J/T. Deft custody w/c. requested & removed to holding cell. Court reserved opening statement of counsel for deft until 11-17-75. Witnesses sworn & test. exhibits intro. Ord case cont;d to 11-17-75 at 11am. Jury sequested. |
|  | | 59. Fld Mo to Suppress Oral statements of deft. |
|  | | 60. Fld Memorandum. |
| 11-17 | | 61. Fld Mo to Dismiss. |
|  | | 62. Fld Mo for Continuance. |
|  | | 63. Fld Mod of Silence Ord |
|  | 10 | Fur J/T. In camera with counsel & Deft. Mo's denied. Deft again requested to return to holding cell during trial proceedings to watch on closed cir tv. Mo for continuance, denied. Mo to dismiss or mistrial. Ord fur hrg on mo cont'd to 11-19-75. Jury was Ord to appear at 10:15am 11-19-75. Jury sequestered & case ord cont'd to 11-19-75 at 9:30am/ |
| 11-18 | | 64. Fld Government's Response to Motion to Dismiss. |
| 11-19 | | 65. Fld Mo to Quash Indictment. |
|  | | 66. Fld Supplemental Pts & Auths Re Mo to Dismiss. |

| DATE 1975 | PROCEEDINGS |
|---|---|
| 11-19 | 67. Fld Mo for Discovery. |
|  | 68. Fld Memorandum.(PD to Court) |
| " | Fur J/T. Deft remanded to holding cell upon request. Out of presence of jury - Mo to Quash, Dismiss & for Mistrial - denied. For Continuance - Granted to 11-21-75 at 9am. Mo for 20 Add Sub to test, granted. Ord cont'd to 11-21-75 at 9am. |
| 11-20 /0 | Ex Parte Mos. Deft w/c custody. Mo for Fur Discovery - granted. Fur Court Ord Mo in Limine - granted as to certain issues. Ord cont'd to 11-21-75 at 9am for fur J/T. |
|  | 69. Fld Mo for Discovery. |
|  | 70. Fld Pts & Auths in Opp to Gov't Mo in Limine |
| 11-21 /3 | Fur J/T. All present as heretofore. Deft request & removed to holding cell. Opening Statement by Deft's counsel. Deft called as a witness but refrained from taking the stand & imformed the court she would giver her answer 11-24-75. Settlement of Jury instructions by court & counsel. cont'd to 11-24-75 at 9pm. |
| 11-24 /4 | Fur J/T Deft desired to remain in holding cell. All present as heretofore. Defts rested. Jury instructed & Retired to deliberate at 4:05 PM. Court & Jury adjourned at 10:05PM to return at 9:am for cont'd deliberation. |
| 11-25 /5 | Fur J/T. Jury deliberating. 8PM jury adjourned & case cont'd to 11-26-75 for fur deliberation.(71 Fld Memorandum. |
| 11-26 /6 | Fur J/T/ Jury deliberating. At 7:05 PM Jury reached a Verdict. Deft requested to remain in holding cell for verdict. Jury returned Verdict of Guilty of attempted assassination of the president as charged at 9:05PM. Jury excused & Deft brought before the court for date of Judgt. Ord case cont'd to 12-17-75 for Judgt. |
|  | 71Fld Verdict.                        71A - Fld Interview of Jurors after verdict. |
| 12-16 | 72Fld Motion for Court to Review Prosecutions files. |
|  | 73 Fld Motion for New Trial, Mo for Mistrial, Mo for Dismissal. |
| 12-17 | 74 Fld Memorandum. |
|  | 75 Fld Notice of Appeal. Mld Notice to NCCA. |
| 12-18 | 76 Fld Judgt & Commit. Ent 12-19-75. |
| 12-17 | - Judgt & Hrg on Mos. Ord all Mos denied. Judgt: Imprisoned for the term of her natural life in the custody of the Attorney General of the United States. Remanded. |
| 12-19 | Rcd U. S. Atty. desig of record. |
| 12-23 | Mo to withdraw as counsel.(Virga). After hrg counsel, Mo granted. Circuit Court to Appoint Counsel on the Appeal. Mr Virga to remain as counsel for trial & Judgt aspects of the case. |
|  | Fld Judgt on ret exec. |
| 1976 |  |
| 1-5 | Fld Designation of record on appeal. |
| 1-19 | Fld Ord Extending Time to Transmit Record on Appeal.(To 3-17-76) |
| 2-4 | Fld Memorandum. Attached Fld Mo for Return of property. |
| 3-15 | Fld Memorandum.(U. S. Atty - all prop returned) |
| 3-17 | Fld Copy pf Request for Extention of time to NCCA. |
| 3-24 | Copy of letter to L. Fromme re red robe. |
| 3-30 | Fld Transcript on Appeal(Vol 1 - Sept 9,11,16,19 & 23; Oct 7, 10 & 21, 1975. Vol 2 - Oct 21, 28 & Nov 4, 1975; Vol 3 - Nov 4 & 5 (Partial) 1975; Vol 4 - Nov 6, 75 (Partial); Vol 5 - Nov 6, 7 & 10, 1975(Partial); Vol 6 - Nov 10, 11 & 12 (Partial) 1975; Vol 7 - Nov 13 & 14, 1975; Vol 8 - Nov 13,14, 17 & 19, 1975; Vol 9 - Nov 19, 20, 21 & 24(p), 1975; Vol 10 - Nov 24, 25, 26 & Dec 17, 1975.(Original & Three Copies |
| 4-15 | Mld Case File to Ninth Cir Crt of Appeal. (Cert Copy & Two copies)(Copies to Atty's of record) ( |
| 10-15 | Notice of appeal dismissal from 9th Circuit. Deft mo granted. |
| 11-8 | Judgmt of dismissal from 9th Circuit. |
| 11-24 | rec'd trans from 9th circuit. |
| 11-29 | Rec'd letter from Fromme. Mld letter in response. |
| 1977 5-17 | Receipt of audio-visual tape by TJM. |

| DATE | PROCEEDINGS |
|---|---|
| 1978 | |
| 1-24 | Order for release of psychiatric reports |
| 1986 | |
| 12-17 | Defts mot/release and inspection of taped depositions |
| 12-22 | MIN ORD: taped depo of President Ford to be unsealed and viewed by AUSA Doug Hendricks and thereafter re-sealed |
| 1987 | |
| 3-2 | Gov'ts resp to mot to unseal tape of former president Ford |
| 3-25 | **ORDER:** J. Virga subst for E.R. Walker for deft |
| 3-26 | **NOTICE:** mot/release sealed deposition set 4-6-87 at 9:30 |
| 4-6 | MINUTES: Mot/release sepo of Gerald Ford granted. Tape to be copied in Grand J Room in presence of employee of Clerk's Office. Orig tape not to be remove Clerk's Office. Deft to prepare order. Tape to be so labeled. |
| 4-7 | **ORDER:** The mot to release for inspection and copying the video tape deposition President Ford is granted. |

D. C. 109 Criminal Continuation Sheet