IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:75-CR-451 TJM |
| Plaintiff, | |
| vs. | |
| LYNETTE ALICE FROMME, | ORDER |
| Defendant. | |

This matter is before the court on correspondence between the court and the Eastern District Historical Society. The Historical Society has sent a document styled as a "motion" to the chambers of the undersigned, acting as a duty judge in the matter. The Society seeks the unsealing of the videotaped deposition of President Gerald Ford, April 7, 1978, "to preserve events of historical significance to the U.S. District Court for the Eastern District of California." (Mot. to Unseal Presidential Dep. of President Gerald Ford & Decl. in Supp. Thereof ¶ 2.)

The deposition was taken and sealed in this case, in which Lynette Alice Fromme was convicted of attempted assassination of President Gerald Ford. The court in *Fromme* granted the defendant's request for a subpoena of the President to take a videotaped deposition to "fully protect the accused's rights under the Sixth Amendment of the United

1

States Constitution while at the same time imposing the least onerous burden on the person and the office of the President of the United States." *United States v. Fromme*, 405 F. Supp. 578, 583 (E.D. Cal. 1975) (MacBride, C.J.).

The court determines that the Historical Society's motion should be filed on the public docket and construed as a petition to unseal the videotaped deposition, and the U.S. Department of Justice should be permitted to intervene.

Therefore, the court orders that the motion is hereby construed as a petition to unseal the deposition. If any filing fee at this stage of the case would otherwise be imposed, such fee is waived. The Clerk of Court is instructed to file the motion in this case and serve a copy of it along with this order on the Department of Justice.

The government shall have fourteen days from the date of the issuance of this order to notify the court of the name(s) of counsel assigned to handle this matter. Upon receipt of such notice, the court anticipates setting a telephonic status with counsel.

IT IS SO ORDERED.

DATED: July 24, 2013.

KIMBERLY J. MUELLER
U.S. District Judge