1  MICHAEL E. VINDING (SBN 178359)
   BRADY & VINDING
2  400 Capitol Mall, Suite 2640
   Sacramento, CA 95814
3  Telephone: (916) 446-3400
   Facsimile: (916) 446-7159
4  mvinding@bradyvinding.com

5  Attorneys for Eastern District
   Historical Society
6

7

8              UNITED STATED DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE: SEALED DEPOSITION OF            CASE NO. : N/A
    PRESIDENT GERALD FORD, 38TH
12  PRESIDENT OF THE UNITED STATES         MOTION TO UNSEAL PRESIDENTIAL
    OF AMERICA, IN THE MATTER OF U.S.      DEPOSITION OF PRESIDENT GERALD
13  v. FROMME                              FORD AND DECLARATION OF
                                           MICHAEL E. VINDING IN SUPPORT
14                                         THEREOF

15

16       I, Michael E. Vinding, declare:

17       1.      I am an attorney licensed to practice law before this Court and I am the duly

18  authorized Secretary of the Eastern District Historical Society ("Society") in the U.S. District

19  Court for the Eastern District of California.

20       2.      I file this motion on behalf of, and with the authority of, the Society. The Society

21  seeks to preserve events of historical significance to the U.S. District Court for the Eastern District

22  of California. The purpose of the motion is to unseal the Deposition of President Gerald Ford

23  taken in the matter of *U.S. v. Fromme*, Case No. S-75-451.

24       3.      The facts, based upon information and belief, are as follows: On the morning of

25  September 5, 1975, President Ford left the Senator Hotel in Sacramento, California, and began

26  speaking with people across the street in Capitol Park, while on his way to the State Capitol

27  Building to meet with then-Governor Jerry Brown.

28       4.      At just after 10:00 a.m., twenty-six year old Lynette Alice "Squeaky" Fromme, a

                                           -1-

1  follower of cult leader/mass murderer Charles Manson, was positioned two feet from Ford, behind

2  the first row of the crowd. Squeaky reached into her flowing red dress (described as "nun-like

3  robes"), and drew a Colt .45 pistol from her leg holster. Fromme raised her right arm towards

4  Ford, through the front row of people, and pointed the gun at a height between Ford's knees and

5  his waist. Although people reported hearing a "metallic click," the gun did not go off. It was later

6  discovered that the magazine had four (4) rounds of .45 caliber ammunition, but the chamber was

7  not loaded.

8      5.      In the matter of *U.S. v. Fromme*, United States Federal Judge Thomas J. MacBride

9  (d. January 6, 2000) set a trial date of November 4, 1975.

10     6.      Prior to the start of trial, the Court granted a defense motion, filed by John Virga, to

11 take the deposition of President Ford. This was and remains unprecedented in that a sitting

12 President had not sat for a deposition in a criminal matter. Defense attorney Virga had asked for

13 an order requiring the President to appear in person, but the court instead required a videotaped

14 deposition. The deposition of President Ford was taken on or about November 1, 1975, three (3)

15 days prior to the commencement of the trail.

16     7.      During the trial, Fromme refused to cooperate in her own defense going so far as

17 throwing an apple at U.S. Attorney Dwayne Keyes striking him in the head.

18     8.      Fromme was the first person to be tried, and received the harshest penalty available,

19 under a newly enacted statute against attempted assassination of a President. She was sentenced to

20 34 years in custody and was released on August 14, 2009.[1]  (Fromme, Federal Bureau of Prisons,

21 No. 06075-180.)

22     8.      It was reported in the Sacramento Bee, on April 7, 1987, a copy of which was

23 downloaded from www.sacbee.com/archive and is attached hereto as Exhibit 1, that Federal

24 Defender E. Richard Walker requested previously public release (unsealing) of the taped

25 deposition. In that same news report, it states that Judge MacBride granted the request a day prior,

26 on Monday, April 6, 1987. The report further states that the videotaped testimony of the President,

27 
─────────────────────────────────────────
[1] Under the original sentence, Fromme was eligible for parole after 15 years. However, she attacked another inmate
28 with the claw of a hammer and later escaped custody, both actions adding to her time in federal prison.

while unsealed, was restricted to "viewing and copying of the tape to the federal building."

9. Despite the news report regarding the unsealing of the tape, I have been unable to view, much less copy, the taped deposition for safekeeping in the Historical Society's archives.

10. Based upon the foregoing, I kindly and respectfully request the unsealing of the videotaped deposition of President Gerald Ford for all purposes. In an effort to preserve the historically significant deposition, I ask for permission to have the videotape put on to a digital video disc (DVD) in order to avoid degradation of the video over time and to have the deposition transcribed.

Dated: July 5, 2013                    BRADY & VINDING

                                       By: _____
                                       MICHAEL E. VINDING
                                       Attorneys for Eastern District Historical
                                       Society

-3-

EXHIBIT 1

NewsBank -- service provider for Sacramento Bee Archives     July 2, 2013  12:05 PM
<sacbee@newsbank.com>
To: Michael Vinding
Sacramento Bee Document

# The Sacramento Bee

**SACRAMENTO BEE**

April 7, 1987

## FORD TESTIMONY TAPE IN FROMME TRIAL FREED

Edition: METRO FINAL
Section: METRO
Page: B1

Index Terms:
MURDER

ATTEMPT

SACTO

Estimated printed pages: 2

Article Text:

Videotaped testimony from former President Gerald R. Ford that was used in the attempted-assassination trial of Lynette ""Squeaky" Fromme was ordered unsealed Monday in federal court in Sacramento.

U.S. District Court Judge Thomas J. MacBride, who presided over the Fromme% trial in 1975, restricted the viewing and copying of the tape to the federal building.

The public release of the tape was requested in December by Federal Defender E. Richard Walker. Walker was not in court Monday to explain his reasons.

But Ford and the U.S. government offered no objections to the release of the tape, which is the only testimony ever given by a United States president in a criminal proceeding.

Ford was in Sacramento on Sept. 5, 1975, when Fromme, a disciple of convicted multiple murderer Charles Manson, stepped out of a crowd and pointed a loaded .45-caliber pistol at the president.

She was subdued and disarmed after sever! al witnesses heard what they subsequently described as a ""metallic click."

At Fromme's trial, Ford was not called as a witness for the prosecution, which said his testimony would be

""an imposition on the president and we didn't think it was necessary."

But Fromme's lawyer, John E. Virga, won the right to question Ford about what he remembered of the incident.

The testimony was videotaped by three cameras as Ford sat at a desk in the old Executive Office Building in Washington, D.C.

Once it had been offered as evidence in open court, the tape was sealed and placed in a safe at the federal building, where it remains.

MacBride's order might be implemented as soon as today, Virga said.

On the tape, Ford describes how he crossed L Street and began shaking hands with members of a crowd gathered in Capitol Park.

It was at that point that he saw a woman in a brightly colored dress.

""My first impression was that she wanted ! to come closer and extend -- I thought at the time -- a hand ! to shake , or to say something to me," Ford said.

""And as I stopped, I saw a hand come through the crowd in the first row, and that was the first active gesture that I saw, but in the hand there was a gun."

""Did you ever hear the gun click?" Virga asked Ford.

""I have no recollection of it clicking or not clicking," Ford replied.

Prosecutor Donald Heller, who is now in private practice, recalled Monday that Ford ""said he wasn't scared. He was a classic witness to a violent crime. He could remember some things but couldn't remember the click."

Virga presented Ford's testimony to back the defense contention that Fromme had not intended to kill him, that she had brandished the gun only as a means of calling attention to her concerns for the environment./

Five years later -- in an exclusive interview at the prison cell in Alderson, W. Va., where she is serving a life term -- Fromme told The Bee that she ""was not determined to kill the! guy."

Fromme, 38, said she purposely ejected the top shell from the pistol's clip onto the floor of her P Street apartment, strapped a holster to her leg, and began her walk to Capitol Park.

""And I thought, 'Well, are you going to use it?' And I said, 'I don't know. Just go and check it out.'"

It was Fromme's first public statement on the incident in Sacramento. She boycotted her own trial and refused to testify in her own behalf.

Record Number: 113