| 1 | MICHAEL E. VINDING (SBN 178359) |
| 2 | BRADY & VINDING |
|   | 400 Capitol Mall, Suite 2640 |
|   | Sacramento, CA 95814 |
| 3 | Telephone: (916) 446-3400 |
|   | Facsimile: (916) 446-7159 |
| 4 | mvinding@bradyvinding.com |
| 5 | Attorneys for Eastern District Historical Society |



**FILED**

JUL 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE: SEALED DEPOSITION OF PRESIDENT GERALD FORD, 38TH PRESIDENT OF THE UNITED STATES OF AMERICA, IN THE MATTER OF U.S. v. FROMME

CASE NO.: 2:75-cr-00451-KJM

SUPPLEMENT TO MOTION/PETITION TO UNSEAL PRESIDENTIAL DEPOSITION OF PRESIDENT GERALD FORD; DECLARATION OF MICHAEL E. VINDING IN SUPPORT THEREOF

### PROCEDURAL HISTORY

On or about July 24, 2013, the Eastern District Historical Society ("Historical Society") filed a correspondence styled as a "motion" to unseal the videotaped deposition of President Gerald Ford taken in the above entitled matter. (Docket No. 79.)

Also on or about July 24, 2013, the Court issued an order docketing the motion on the public docket and construing the motion as a petition to unseal the aforementioned deposition. (Docket No. 78.)

On or about July 29, 2013, counsel for the Historical Society was contacted by counsel for the Sacramento Bee newspaper. Counsel for the newspaper, Mr. Karl Olson of Ram, Olson, Cereghino & Kopczynski LLP, 555 Montgomery Street, Suite 820, San Francisco, California 94111 (415-433-4949) provided an apparent copy of the order referenced in the Historical

///
///

-1-

SUPPLEMENT TO MOTION/PETITION TO UNSEAL PRESIDENTIAL DEPOSITION; DECLARATION OF MICHAEL E. VINDING

Society's motion/petition at paragraph 8.[1] The attached order states, inter alia:

> That there is no legal or justifiable reason for continuing said tape under seal.
>
> IT IS, THEREFORE, ORDERED that the Motion to Release for Inspection and Copying the Video Tape Deposition of President Gerald Ford be, and it is, hereby granted.
>
> IT IS FURTHER ORDERED that the tape must be copied or reviewed in the presence of a clerk of the United States Court for the Eastern District of California, and the tape shall be copied or viewed in the Grand Jury Room.

A true and correct copy of the document provided by counsel for the Sacramento Bee is attached hereto as Exhibit 1. The "FILED" date is April 7, 1987.

## ARGUMENT

In light of the Court's apparent ruling dated April 7, 1987, part of the Historical Society's request is moot as the deposition is already unsealed. However, part of the Historical Society's request remains at issue. The Historical Society seeks the Court's approval to make a copies of President Ford's videotaped deposition for preservation. Subject to further direction by the Court, the Historical Society seeks to transfer the videotaped deposition from VHS format to DVD format. The original would be returned to the Clerk of the Court for re-filing along with an "original" copy in DVD format.

The Historical Society would, at its own cost, copy and deposit one DVD copy with the Clerk of the Court in the above entitled matter, along with one copy with the Eastern District library and one copy with the Historical Society for copying/viewing by the general public.

## CONCLUSION

The Historical Society seeks to preserve and maintain matters of historical significance to the Eastern District such as the videotaped deposition of President Ford. It is only through

---

[1] Paragraph 8 of the motion/petition states:

It was reported in the Sacramento Bee, on April 7, 1987, a copy of which was downloaded from www.sacbee.com/archive, is attached hereto as Exhibit 1, that Federal Defender E. Richard Walker requested previously public release (unsealing) of the taped deposition. In that same news report, it states that Judge MacBride granted the request a day prior, on Monday, April 6, 1987. The report further states that the videotaped testimony of the President, while unsealed, was restricted to "viewing and copying of the tape to the federal building."

SUPPLEMENT TO MOTION/PETITION TO UNSEAL PRESIDENTIAL DEPOSITION; DECLARATION OF MICHAEL E. VINDING

granting of the requested relief that the deposition will be preserved since the VHS videotape is commonly known to be unstable and susceptible to degrading over time.

Respectfully submitted,

Dated: July 30, 2013　　　　　　　　　　　BRADY & VINDING

By: /s/ Michael E. Vinding
MICHAEL E. VINDING
Attorneys for Eastern District Historical Society

**DECLARATION OF MICHAEL E. VINDING IN SUPPORT OF SUPPLEMENT TO MOTION/PETITION TO UNSEAL PRESIDENTIAL DEPOSITION OF PRESIDENT GERALD FORD**

I, Michael E. Vinding, declare:

1. I am an attorney licensed to practice law before this Court and I am the duly authorized Secretary of the Eastern District Historical Society ("Historical Society") in the U.S. District Court for the Eastern District of California.

2. On or about July 24, 2013, the Historical Society filed a correspondence styled as a "motion" to unseal the videotaped deposition of President Gerald Ford taken in the above entitled matter. (Docket No. 79.)

3. Also on or about July 24, 2013, the Court issued an order docketing the motion on the public docket and construing the motion as a petition to unseal the aforementioned deposition. (Docket No. 78.)

4. On or about July 29, 2013, counsel for the Historical Society was contacted by counsel for the Sacramento Bee newspaper. Counsel for the newspaper, Mr. Karl Olson of Ram, Olson, Cereghino & Kopczynski LLP, 555 Montgomery Street, Suite 820, San Francisco, California 94111 (415-433-4949) provided an apparent copy of the order referenced in the Historical Society's motion/petition at paragraph 8.

5. Based upon the foregoing, I kindly and respectfully request confirmation of the unsealing of the videotaped deposition of President Gerald Ford for all purposes.

6. Further, in an effort to preserve the historically significant deposition, the

-3-
SUPPLEMENT TO MOTION/PETITION TO UNSEAL PRESIDENTIAL DEPOSITION; DECLARATION OF MICHAEL E. VINDING

1 | undersigned asks for permission to transfer the VHS videotape on to a digital video disc (DVD) in
2 | order to avoid degradation of the video over time and to have the deposition transcribed. In order
3 | to accomplish transfer, I also request authority, as an officer of the Court, to receive the VHS
4 | videotape of said deposition from the Clerk. The VHS tape would be transferred to DVD at
5 | "Patrick Kuske Productions" (http://www.patrickkuske.com) in Sacramento, California, at the sole
6 | cost of the Historical Society.[2]

Executed this 30th day of July, 2013, at Sacramento, California.

*/s/ Michael E. Vinding*
MICHAEL E. VINDING

---

[2] If needed, United States Secret Service agent Brian Korbs has agreed to escort and oversee the receipt, transfer and return of the VHS videotape at a mutually agreeable time.

EXHIBIT 1

JOHN E. VIRGA
A Professional Corporation
721 Eleventh Street
Sacramento, California 95814

Telephone: (916) 444-6595



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           NO. CR.S-75-451 TJM

   Plaintiff,                        ORDER

vs.

LYNETTE ALICE FROMME,

   Defendant.
_____/

The motion of defendant for an Order to Release for Inspection and Copying Video Tape Depositions in the Interest of Justice came on regularly for hearing by the court on April 6, 1987. Plaintiff appeared by counsel Assistant U.S. Attorney Doug Hendricks; defendant appeared by counsel JOHN E. VIRGA.

The Court, having considered the motion and other documents in support of the motion, and being fully advised in the matter, finds as follows:
That there is no legal or justifiable reason for continuing

IT IS, THEREFORE, ORDERED that the Motion to Release for the Inspection and Copying the Video Tape Deposition of President Gerald Ford be, and it is hereby granted.

IT IS FURTHER ORDERED that the tape must be copied or viewed, in the presence of a clerk of the United States Court for the Eastern District of California, and the tape shall be copied or viewed, in the Grand Jury Room.

Dated: April 7, 1987

THOMAS J. McBRIDE
JUDGE OF THE U.S. DISTRICT COURT