BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LYNETTE ALICE FROMME,<br><br>  Defendant. | CASE NO. 2:75-CR-451 TJM<br><br>GOVERNMENT'S RESPONSE TO THE MOTION TO UNSEAL THE PRESIDENTIAL DEPOSITION OF PRESIDENT GERALD FORD |

The United States, through its undersigned counsel, Assistant United States Attorney Christiaan H. Highsmith, hereby states that it does not oppose the Eastern District of California Historical Society's Motion to Unseal the Presidential Deposition of President Gerald Ford (Dkt. # 79) or the Supplement to the Motion (Dkt. # 81). Similarly, the United States does not oppose the Motion to Unseal filed by Intervenor Sacramento Bee (Dkt. #80). In particular, the Government does not oppose the motions to unseal the deposition of President Ford because the Court has already granted a motion to release for inspection and copying the video tape deposition of President Gerald Ford, which states that "there is no legal or justifiable reason for continuing said tape under seal." *See* Order, CR-S-75-451 TJM, Apr. 7, 1987.

Respectfully submitted,

Dated: August 15, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Christiaan H. Highsmith
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney