MICHAEL E. VINDING (SBN 178359)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
mvinding@bradyvinding.com

Attorneys for Eastern District
Historical Society

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYNETTE ALICE FROMME,<br><br>Defendant. | CASE NO. 2:75-CR-451 TJM<br><br>**RESPONSE TO NON-OPPOSITION TO UNSEALING OF THE PRESIDENTIAL DEPOSITION OF PRESIDENT GERALD FORD** |

In light of the non-opposition filed by the United States, by and through its counsel, Assistant United States Attorney Christiaan H. Highsmith, to the unsealing of President Ford's deposition in the above entitled matter (Docket No. 86), the Eastern District Historical Society, by and through its authorized agent, Michael E. Vinding, hereby requests an order allowing the undersigned, as an officer of this Court, to receive the video from the Clerk of the Court in order to transfer the video from VHS format to DVD format.

The vendor who has agreed to undertake the transfer is "Patrick Kuske Productions" of Sacramento, California. All costs, if any, associated with the transfer will be paid by the Eastern District Historical Society. Both the original VHS tape and a DVD copy will be returned to the Clerk's office.

Counsel for the Eastern District Historical Society has conferred with counsel for intervenor, The Sacramento Bee, and represents to the Court that intervenor is in agreement with

-1-
RESPONSE TO NON-OPPOSITION TO UNSEALING OF PRESIDENTIAL DEPOSITION OF PRESIDENT GERALD FORD

this response/request. In addition, the Eastern District Historical Society will be providing a copy of the DVD video to intervenor, The Sacramento Bee, by and through its representative, Denny Walsh.

Dated: August 15, 2013     BRADY & VINDING

By: /s/ Michael E. Vinding
MICHAEL E. VINDING
Attorneys for Eastern District Historical Society