IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,                    Case No. 2:75-cr-451 TJM

        Plaintiff,

  vs.

LYNETTE ALICE FROMME,                        <u>NOTICE AND ORDER</u>

        Defendant.
_____/

        The court previously has provided a list of sealed items in the possession of the Clerk of Court. (ECF No. 84.) In response to a tentative ruling from this court to unseal certain of these items (ECF No. 91), petitioner the Eastern District Historical Society filed a document it styled as a request for reconsideration, asking the court to modify its prior order to also unseal "two Sacramento Police Department tapes" petitioner contends are "contained within the court's file." (ECF No. 93.)

        Review of the court's records reveals that the two tapes referenced by petitioner's request are not under seal. Moreover, it has come to the court's attention that various other non-sealed items currently remain in possession of the Clerk of Court pending transfer to the National Archives and Records Administration. This notice is issued to provide the following list of those items.

///

1

| Date[1] | Number | Item Description |
|---|---|---|
| | Plaintiff's No. 3 | Film canister containing film reel. |
| | Plaintiff's No. 4 | Slide carousel containing approximately 80 slides. |
| 8/7/1975 | Plaintiff's No. 5a–g | Envelope and pages of letter to Chuck Rossie from Fromme. |
| | Plaintiff's No. 6 | Color photo of Fromme standing. |
| | Plaintiff's No. 7 | Color photo (mug shot) of Fromme. |
| 9/5/1975 | Plaintiff's No. 8 | Statement of witness Susan Folsom. |
| | Plaintiff's No. 9a–b | Envelopes that previously held .45 cal. Colt automatic pistol, Model 1911 weapon and clip. |
| | Plaintiff's No. 10 | Empty plastic evidence pouch. |
| | Plaintiff's No. 11 | Four (4) .45 cal. bullets. |
| | Plaintiff's No. 12 | Color photo of Fromme in interrogation. |
| | Plaintiff's No. 13 | Color photo of Fromme showing leg holster. |
| | Plaintiff's No. 14 | Color photo of Fromme showing leg holster. |
| | Plaintiff's No. 15 | Color photo of Fromme standing. |
| | Plaintiff's No. 16 | Holster with maroon and blue elasticized belts. |
| | Plaintiff's No. 17 | Black and white ("B/W") photocopy of dress worn by Fromme. |
| 3/24/1976 | Plaintiff's No. 18 | Letter to Fromme from Judge MacBride's chambers re: releasing the robe from evidence. |
| | Plaintiff's No. 19 | B/W photo of crowd at the incident. |
| | Plaintiff's No. 20 | B/W photo of crowd at the incident. |
| | Plaintiff's No. 21 | B/W photo of crowd at the incident. |
| 9/9/1975 | Plaintiff's No. 22 | Copy of letter to Edward Vandervort from Fromme. |
| | Plaintiff's No. 23 | Photocopies of envelope (23f) and photos (23a–c). |

---

[1] A date appears in this column if one is provided in connection with the item described.

| Date | Number | Item Description |
|---|---|---|
| | Plaintiff's No. 23a | Color photo from Fromme. |
| | Plaintiff's No. 23b | Color photo of Sandy Good. |
| | Plaintiff's No. 23c | Color photo. |
| | Plaintiff's No. 23d | Photocopy of letter to "Ed." |
| | Plaintiff's No. 23e | Photocopy of letter to "Ed" from "Lyn & Sandy." |
| 9/9/1975 | Plaintiff's No. 23f | Envelope addressed to Edward Vandervort from Fromme. |
| 9/9/1975 | Plaintiff's No. 24 | Copy of letter to Edward Vandervort from Fromme. |
| 9/9/1975 | Plaintiff's No. 25 | Copy of letter to Edward Vandervort from "L.F." |
| | Plaintiff's No. 26a–b | Collect call phone records to "Ed" from "Lyn." |
| 9/23/1975 | Plaintiff's No. 27 | Fingerprint sheet of Fromme. |
| | Plaintiff's No. 28 | Red headscarf. |
| | Plaintiff's No. 29 | Red handbag. |
| | Plaintiff's No. 30 | Strap to red handbag. |
| | Plaintiff's No. 31 | Document titled "Manson is mad at Nixon." |
| 7/4/----[2] | Plaintiff's No. 32 | Copy of letter to John Barry from "Lyn & Sandy." |
| | Plaintiff's No. 33 | Copy of document titled "Manson is mad at Nixon." |
| | Plaintiff's No. 34 | Copy of article on Charles Manson by Linda Deutsch. |
| 9/6/1975 | Plaintiff's No. 35 | Test patch in evidence bag. |
| 9/5/1975 | Plaintiff's No. 36 | Glass vial for blood alcohol sample taken 9/5/75 at 12:25 PM. |
| 9/5/1975 | Plaintiff's No. 37 | Glass vial for blood alcohol sample taken 9/5/75 at 12:25 PM. |
| | Plaintiff's No. 38 | Unknown sample container taken 9/5/75. |
| | Plaintiff's No. 39 | B/W photo of Fromme in crowd. |

---

[2] The year is not identified on this exhibit.

| | Date | Number | Item Description |
|---|---|---|---|
| 1 | | | |
| 2 | | Plaintiff's No. 40 | Drawing. |
| 3 | | Plaintiff's No. 41 | B/W photo of President Ford ducking in crowd. |
| 4 | 11/20/1975 | Plaintiff's No. 42 | B/W photo of hallway. |
| 5 | | Plaintiff's No. 43 | Drawing. |
| 6 | 9/5/1975 | Def.'s No. A1–A3 | Statements by Special Agent ("SA") Larry M. Buendorf, United States Secret Service ("U.S.S.S."). |
| 8 | 9/5/1975 | Def.'s No. B | Written statements by SA Larry M. Buendorf, U.S.S.S. |
| 9 | 9/5/1975 | Def.'s No. C | Written statement of SA Larry M. Buendorf, U.S.S.S. with cut out section reading: "I pushed the gun down and away …." |
| 12 | | Def.'s No. D | B/W photo of Fromme being handcuffed. |
| 13 | 9/6/1975 | Def.'s No. E | B/W photo of Fromme being handcuffed. |
| 14 | 9/5/1975 | Def.'s No. F | Statement by SA Gerald L. Kluber, U.S.S.S. |
| 15 | 9/5/1975 | Def.'s No. G | Written statement by SA Gerald L. Kluber, U.S.S.S. |
| 16 | | Def.'s No. H | Drawing. |
| 17 | 10/16/1975 | Def.'s No. I | FBI transcript of interview with reporter Roger Lindberg. |
| 19 | | Def.'s No. J | Script from TV broadcast about incident. |
| 20 | 9/5/1975 | Def.'s No. K | Statement by SA Thomas E. McCarter, U.S.S.S. |
| 21 | 9/5/1975 | Def.'s No. L | B/W photo of Fromme being led away in crowd. |
| 22 | 9/5/1975 | Def.'s No. M | Statement by witness Jerry Dean Fox. |
| 23 | 9/5/1975 | Def.'s No. N | Statement by witness Jerry Dean Fox. |
| 24 | 9/6/1975 | Def.'s No. O | FBI report by SA Hiram L. Latham re: Jerry Dean Fox. |
| 25 | 9/5/1975 | Def.'s No. P | B/W photo of Fromme being led away in crowd. |
| 26 | 7/7/1975 | Def.'s No. Q | Bell of Pennsylvania phone bill for Julie Vandervort. |
| 27 | 9/5/1975 | Def.'s No. R | Medical report of Fromme by Dr. Charles Fisher. |

| Date | Number | Item Description |
|---|---|---|
| 9/8/1975 | Def.'s No. S | FBI report by SA Boyd R. L. Keenan and SA Richard C. Donner re: newscaster Susan Harris. |
| 9/7/1975 | Def.'s No. T | FBI transcript of interview with witness Dan Southward Greene. |
| 9/5/1975 | Def.'s No. U | Statement by witness Dan Southward Greene. |
| 9/29/1975 | Def.'s No. W | Cassette tape labeled "Lynn Fromme 9-29-75 copy." |
| | Def.'s No. X | Drawing. |
| 9/6/1975 | Def.'s No. AA | FBI report by SA Donald V. Bolan re: statement from James Damir. |
| 9/10/1975 | Def.'s No. BB | Reporter's transcript of investigation conducted by Grand Jury of Jim Damir. |
| 9/10/1975 | Def.'s No. CC | FBI report of SA J. Robert Porter re: statement from newscaster Susan Harris. |
| | Def.'s No. DD | Reporter's transcript of proceeding of an investigation conducted by Grand Jury of Robert Hidley. |
| 9/6/1975 | Def.'s No. EE | Sacramento Police Dept. supplemental investigation report by Detective L. Walker. |
| 9/8/1975 | Def.'s No. FF | Statement by SA John B. Eliason re: Susan Murphy |
| | Def.'s No. GG | B/W magazine clipping of Fromme holding handgun. |
| | Def.'s No. HH | B/W magazine clipping of Fromme pointing handgun at camera (exhibit tag missing). |
| 12/17/1975 | Court's No. 1–3 | Large envelope containing court exhibits used at sentencing, including news articles and several letters. |
| 9/5/1975 | | Video tape in case labeled "#1" in envelope. |
| 9/5/1975 | | Video tape in case labeled "#2" in envelope. |

| Date | Number | Item Description |
|------|--------|------------------|
|      |        | Two (2) copies of S-75-451 criminal docket containing entries from 9/9/75 to 4/7/87. |

* * *

Chief Deputy Clerk of Court Keith Holland and Operations Supervisor Dawn Waggoner are points of contact in the office of the Clerk of Court, for questions regarding viewing the items identified above.

Because this notice resolves the questions regarding the two tapes raised by petitioner Historical Society's request (ECF No. 93), that request is DENIED AS MOOT.

Intervenor *The Sacramento Bee*'s objection to the pending tentative ruling (ECF No. 92) will be addressed by separate order once the time for objections to that order has run.

IT IS SO ORDERED.

DATED: September 17, 2013.

_____
UNITED STATES DISTRICT JUDGE