BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LYNETTE ALICE FROMME,<br><br>　　　　　　　Defendants. | CASE NO. 2:75-CR-00451-KJM<br><br>GOVERNMENT'S RESPONSE TO INTERVENOR'S MOTION TO UNSEAL<br><br>DATE: January 31, 2014<br>TIME: 10:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

　　　　The United States of America, through its undersigned counsel, respectfully submits this response to Intervenor Sacramento Bee's Motion to Unseal. First, it appears that *United States v. Kaczynski*, 154 F.3d 930 (9th Cir. 1998), is controlling here. *Kaczynski* held that in unsealing a redacted psychiatric report, the district court "properly balanced the public's legitimate interest in access to the report, that is, its interest in obtaining information bearing on the workings of the criminal justice system, with the countervailing privacy interests asserted by Kaczynski." *Id.* at 932. Second, the United States takes no position concerning the resolution and merits of the Intervenor's motion to unseal.

///

///

///

///

///

Third, the United States believes that the notice provided to Ms. Fromme was not inadequate.

Dated: January 21, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ CHRISTIAAN H. HIGHSMITH
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney